RONALD A. GILLER
RGILLER@GORDONREES.COM

Admitted In:  NJ, NY, & PA



ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
PHONE: (973) 549-2500
FAX: (973) 377-1911
WWW.GORDONREES.COM

March 19, 2020

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **Porcelli v. JetSmarter, Inc.,** *et al.*
               **Civ. No. 19-2537**

Dear Judge Engelmayer:

      We represent Defendants JetSmarter, Inc., David Sheriden and Carla Yerovi (collectively, "Defendants") in this matter.  As directed by the Court, the parties hereby jointly submit this 90-day status letter as to the status of the arbitration proceedings.  *See* Dkt. No. 21.

      Please note that plaintiff Marcello Porcelli has yet to initiate arbitration proceedings to date.

      Thank you for your courtesies and attention to this matter.

                                              Respectfully submitted,

                                              GORDON & REES LLP

                                              */s/ Ronald A. Giller*

                                              Ronald A. Giller

cc:    Bruce Baldinger, Esq. (via email)