RONALD A. GILLER
RGILLER@GORDONREES.COM

*Admitted In:  NJ, NY, & PA*



ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
PHONE: (973) 549-2500
FAX: (973) 377-1911
WWW.GORDONREES.COM

June 1, 2020

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **Porcelli v. JetSmarter, Inc.,** *et al.*
             **Civ. No. 19-2537**

Dear Judge Engelmayer:

      We represent Defendants JetSmarter, Inc., David Sheriden and Carla Yerovi (collectively, "Defendants") in this matter.  As directed by the Court, the parties hereby jointly submit this 90-day status letter as to the status of the arbitration proceedings.

      Please note that plaintiff Marcello Porcelli initiated arbitration proceedings with the AAA on May 22, 2020.

      Thank you for your courtesies and attention to this matter.

      Respectfully submitted,

      GORDON & REES LLP

      */s/ Ronald A. Giller*

      Ronald A. Giller

cc:    Bruce Baldinger, Esq. (via email)